389 A.2d 189

Wendekier v. Wendekier, Appellant.

Submitted November 8, 1976. John W. Taylor, and Myers, Taylor & Peduzzi, for appellant; Dino S. Persio, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of

the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, former P. J., did not participate in the consideration or decision of this case.